UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>Tony Barrera-Flores<br>　　　　　　Defendant. | Case No. 25-MJ-5773-BLM<br>DETENTION ORDER |

### A.　Order of Detention

On motion by the Government in a case allegedly involving a serious risk that the defendant will flee and after conducting a detention hearing pursuant to 18 U.S.C. §3142(f)(2) of the Bail Reform Act, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and orders the Defendant detained without bail pursuant to 18 U.S.C. §3142(e)(1).

### B.　Findings of Fact

The Court's findings are based on the evidence presented to the Court, including the criminal complaint, attorney proffer(s), and the information contained in the Pretrial Services Report (if any). The Court has considered:

1.　the nature and circumstances of the offense charged;
2.　the weight of evidence against the defendant (which is the least important factor); and
3.　the history and characteristics of the defendant.

1  The Court relies on the following facts in reaching its decision regarding risk of flight:

2  _____ The defendant appears to have a physical or mental condition which may affect whether the defendant will appear.

_____ The defendant has ~~no/limited~~ family ties to the community. *USC child + mom + aunt + other sis US*

_____ The defendant is not a long time resident of the community.

_____ The defendant does not have significant community ties.

__X__ The defendant has significant family, residential, and work ties to ~~Mexico~~ *Honduras*.

__X__ The defendant does not have steady employment in the United States.

_____ The defendant does not have substantial financial resources or assets in the United States.

_____ The defendant did not present any/a sufficient bond proposal.

_____ Past conduct of the defendant:_____

_____ The defendant has a history relating to drug or alcohol abuse.

__X__ The defendant has a ~~significant~~ *recent, serious* prior criminal record. *12/16/24 - Misd conv for obstructing officer. Also arrested for Burglary on 10/21/25*

__X__ The defendant has a significant immigration record. *3 deports - last on 3/121/13*

_____ The defendant has a prior record of failure to appear at court proceedings.

_____ The defendant has a prior record of probation, parole or supervised release violations and/or revocations.

__X__ The defendant is an illegal alien and is subject to deportation.

_____ The defendant is a legal alien and will be subject to deportation if convicted.

_____ Other:_____

_____ At the time of the current arrest, the defendant was on:

_____ Probation _____ Parole _____ Supervised Release

_____ Release pending trial, sentence, appeal or completion of sentence.

## C. **Additional Directives**

IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his counsel.

While in custody, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court.

IT IS SO ORDERED.

Dated: 11/7/25

BARBARA L. MAJOR
United States Magistrate Judge